## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JULIAN GARRETT,                                                                                          PLAINTIFF
ADC #153237

v.                                              4:20CV00484-JM-JTK

WALTER WASHINGTON, et al.                                                                      DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's constitutional and state law claims against Defendants Smith and Taylor are dismissed.

IT IS SO ORDERED this 19th day of May, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1