IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JULIAN GARRETT,
ADC #153237                                                                                            PLAINTIFF

4:20CV00484-JM-JTK

WALTER WASHINGTON, et al.                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. The Defendants' Motion for Partial Summary Judgment on the issue of Exhaustion (Doc. No. 25) is GRANTED.

2. The failure to protect claim against Defendants Jones and Brown, and the failure to video claim against all three Defendants, are DISMISSED.

IT IS SO ORDERED this 3rd day of December, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1