IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JULIAN GARRETT,
ADC #153237                                                                                                    PLAINTIFF

4:20CV00484-JM-JTK

WALTER WASHINGTON, et al.                                                                         DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 52) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 17th day of May, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE