IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JULIAN GARRETT,
ADC #153237                                                                                          PLAINTIFF

4:20CV00484-JM-JTK

WALTER WASHINGTON, et al.                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 17th day of May, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE